IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MITCHELL, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 1:24-CV-00167 (WLS) |
| | : | |
| GRAYSON WATSON and | : | |
| MICHAEL BOWERS, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Defendant Grayson Watson's ("Defendant Watson's ") "Stipulation Extending Time for Defendant Michael Bowers to File Defensive Pleadings" (Doc. 6) ("the Stipulation"). Therein, Defendant Watson and Plaintiff stipulate to extend the time in which Defendant may answer up to and including January 3, 2025. The Court construes the stipulation as a motion. However, no Summons has been returned executed or waiver of service filed on the docket, therefore, the deadline to submit a responsive pleading has not begun to run. *See* Fed. R. Civ. P. 12(a)(1)(A). Accordingly, the Stipulation (Doc. 4), as construed as a motion, is **DENIED-AS-MOOT**. However, to the extent that Defendant has waived service, on that account, the motion is **GRANTED** and a responsive pleading is due no later than **Friday, January 3, 2025**.

**SO ORDERED**, this 16th day of December 2024

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1