IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CHRISTOPHER MITCHELL,                              *

                Plaintiff,                    *
v.                                                                      Case No. 1:24-cv-00167-WLS
                                                                   *
GRAYSON WATSON and
MICHAEL BOWERS,                                        *

             Defendant.                  *
_____

**J U D G M E N T**

Pursuant to this Court's Order dated July 8, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 29th day of July, 2025.

David W. Bunt, Clerk


s/ Michelle Paschal, Deputy Clerk